UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEKA MCGLOTHIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 19-cv-02361-DMR<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was scheduled for September 4, 2019 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Plaintiff Rumeka McGlothin, even though the court had ordered Plaintiff's counsel Joseph Bravo and his client to personally appear. [*See* Docket No. 39.] Mr. Bravo shall consult with his client, and shall submit a statement by September 12, 2019 explaining why he and his client failed to appear at the case management conference and why this matter should not be dismissed for failure to prosecute.

The court rescheduled the initial case management conference for October 16, 2019 at 1:30 p.m., with an updated joint case management statement due by October 9, 2019. Both Mr. Bravo and Ms. McGlothin shall appear in person at the October 16, 2019 case management conference. The October 10, 2019 hearing on Defendant's motion to dismiss is VACATED, and the motion is held in abeyance pending resolution of this Order to Show Cause and the issue of whether Ms. McGlothin will go forward in this litigation as a self-represented litigant or with representation by counsel. Mr. Bravo shall immediately notify his client of the court's order directing her to appear in person at the October 16, 2019 case management conference.

**IT IS SO ORDERED.**

Dated: September 5, 2019

Donna M. Ryu
United States Magistrate Judge