UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMEKA MCGLOTHIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 19-cv-02361-DMR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 26 |

On May 1, 2019, Plaintiffs Rumeka McGlothin and A.E., a minor, filed a complaint against Defendant United States of America, alleging claims arising under the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1). [Docket No. 1.] On June 14, 2019, Defendant filed a motion to dismiss. [Docket No. 11.] Plaintiffs submitted a proposed first amended complaint that purported to cure the issues raised by Defendant. [Docket No. 16.] The court ordered Plaintiffs to file an amended complaint by August 15, 2019, which they did. [Docket Nos. 20, 24.]

On August 21, 2019, Defendant filed a motion to dismiss Plaintiffs' amended complaint. [Docket No. 26.] The court held the motion in abeyance pending a decision on the motion to withdraw filed by Plaintiffs' former counsel, Joseph Bravo. *See* Docket No. 37. On October 16, 2019, the court granted Mr. Bravo's motion to withdraw. [Docket No. 49.] It also ordered Ms. McGlothin to file an opposition to Defendant's motion to dismiss by November 6, 2019. *Id.* As of the date of this order, Ms. McGlothin has not filed an opposition. Accordingly, the claims of both plaintiffs are dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 20, 2019

_____
DONNA M. RYU
United States Magistrate Judge